UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                                            11-CR-591 (FB)

LASHA GOLETIANI, ET AL.

        Defendant.

- - - - - - - - - - - - - - - - - -X

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that United States Department of Justice Trial Attorney Randall Warden from this point forward will be added as co-counsel in the above-captioned matter.

      All future correspondence to the United States in the above-captioned matter should be sent to:

>Randall Warden
>Trial Attorney, AFMLS
>1400 New York Avenue, N.W.
>10th Floor
>Washington, D.C.  20005
>Tel: (202) 598-2802
>Fax: (202) 514-5522
>Email: randall.warden@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney Randall Warden at the address set forth above.

Dated:  Brooklyn, New York
        January 14, 2014

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: /s/ Randell Warden
Trial Attorney Randall Warden
Assistant U.S. Attorney

cc: Clerk of the Court (FB)