# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT
★ FEB 21 2014
BROOKLYN

1. Title of Case: <u>United States v. Robert Petrosyants</u>

s. Related Magistrate Docket Number(s): _____

3. Arrest Date: _Click here to enter a date._

4. Nature of offense(s):   ☒ Felony
                           ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules):U.S. v. Goletiani, 11 CR 591(S-2) (FB)

   Projected Length of Trial:   Less than 6 weeks   ☒

                                More than 6 weeks   ☐

7. County in which crime was allegedly committed: KINGS
   Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☒ Yes   ☐ No

9. Has this indictment/information been ordered sealed?   ☐ Yes   ☒ No

10. Have arrest warrants been ordered?   ☐ Yes   ☒ No

11. Is there a capital count included in the indictment?   ☐ Yes   ☒ No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
Patricia E. Notopoulos
(718) 254-6354

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12